No. 74–6074.  RODRIGUEZ v. IMMIGRATION AND NATU-RALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 74–6077.  MUNN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–6083.  HINES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 74–6087.  TAYLOR ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–6089.  ESCAMILLA v. BOGUE, U. S. DISTRICT JUDGE.  C. A. 8th Cir.  Certiorari denied.

No. 74–6093.  TATE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 74–6097.  BERMAN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–6104.  BUCHERT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–6111.  SMITH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–6117.  GAUS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 74–6122.  HARRELSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–6123.  PERKINS v. BALL, SOCIAL SECURITY COMMISSIONER, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 74–6131.  MORROW v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–6134.  CULOTTA v. PICKETT.  C. A. 7th Cir. Certiorari denied.